**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SHAWN THOMAS,                      :      No. 459 MAL 2015
                                                :
                      Petitioner          :
                                                :
                                                :      Petition for Allowance of Appeal from
                                                :      the Order of the Commonwealth Court
          v.                                :
                                                :
                                                :
PENNSYLVANIA BOARD OF          :
PROBATION AND PAROLE,          :
                                                :
                      Respondent         :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.